613 A.2d 554

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John BROOKINS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1992.

Decided Sept. 21, 1992.

Stephen H. Shantz, Chief Public Defender, Robert W. Suter, 1st Deputy Public Defender, Ann Russave–Faust, Christine McMonagle, Asst. Public Defenders, for appellant.

Alan M. Rubenstein, Dist. Atty., Stephen B. Harris, Chief, Appeals Div., Lori L. Markle, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Inasmuch as the Commonwealth filed a timely motion to vacate the erroneous sentence imposed by the trial court, appellant's contention that the trial court was never accorded

an opportunity to correct the sentence is without merit. For the reasons stated in the opinion filed in *Commonwealth v. Corporan,* —— Pa. ——, 613 A.2d 530 (1992), the decision of the Superior Court vacating the sentence imposed by the trial court and remanding for application of the mandatory minimum sentencing statute, 18 Pa.C.S. § 7508(a), is affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this matter.

McDERMOTT, J., did not participate in the decision of this matter.